**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | |
|---|---|
| KALDREN LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>　　　　Defendant. | No. 5:17-cv-71-RWS-CMC<br><br>JURY TRIAL DEMANDED |

### PLAINTIFF'S UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO ANSWER COMPLAINT

Plaintiff Kaldren LLC, by and through its undersigned counsel, files this unopposed motion for a 30-day extension of time for Defendant The Proctor & Gamble Company to answer Plaintiff's Original Compliant for Patent Infringement.  This Court granted Defendant's first and second unopposed applications for extensions of 30 and 15 days to answer Plaintiff's compliant on May 4, 2017, and June 5, 2017, respectively.  Defendant's answer is currently due by June 20, 2017.  Another 30-day extension would require Defendant to file its answer by July 20, 2017.  An additional extension would allow the parties to continue negotiating the terms of a settlement agreement and file dismissal papers by July 20, 2017.  Plaintiff does not oppose this motion.  A proposed order is attached.

Dated: June 20, 2017　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Peter J. Corcoran, III
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Peter J. Corcoran, III
　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24080038
　　　　　　　　　　　　　　　　　　　**CORCORAN IP LAW, PLLC**
　　　　　　　　　　　　　　　　　　　2019 Richmond Road, Suite 380
　　　　　　　　　　　　　　　　　　　Texarkana, Texas 75503
　　　　　　　　　　　　　　　　　　　Tel: (903) 701-2481
　　　　　　　　　　　　　　　　　　　Fax: (844) 362-3291
　　　　　　　　　　　　　　　　　　　Email: peter@corcoranip.com

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*
　　　　　　　　　　　　　　　　　　　*Kaldren LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record whom have consented to electronic service were served with a copy of this document under this Court's local rules and CM/ECF system on June 20, 2017.

_____
Peter J. Corcoran III