**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| KALDREN LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE PROCTOR & GAMBLE COMPANY,<br><br>    Defendant. | CIVIL ACTION NO.  5:17-CV-00071-RWS |

## FINAL JUDGMENT

This action came on before the Court, and the issues having been duly considered and a decision having been duly rendered, it is

**ORDERED** and **ADJUDGED** that the above-styled lawsuit is **DISMISSED WITH PREJUDICE**.

All motions by either party not previously ruled on are **DENIED**.

The Clerk of the Court is directed to close the case.

**So ORDERED and SIGNED this 31st day of August, 2017.**

*[signature: Robert W. Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE